GOODMAN, DIR., OHIO DEPARTMENT OF COMMERCE, APPELLANT, *v.*

HANSEMAN, ADMR., ET AL., APPELLEES.

[Cite as *Goodman v. Hanseman,* **132 Ohio St.3d 23, 2012-Ohio-1587.**]

*Appellate procedure—Standing.*

(No. 2010-2159—Submitted November 1, 2011—Decided April 12, 2012.)

APPEAL from the Court of Appeals for Montgomery County,

Nos. 23834, 23835, and 23842, 2010-Ohio-5273.

—————————

**Per Curiam**.

**{¶ 1}** To have appellate standing, a party must be " 'aggrieved by the final order appealed from.' " *State ex rel. Merrill v. Ohio Dept. of Natural Resources*, 130 Ohio St.3d 30, 2011-Ohio-4612, 955 N.E.2d 935, ¶ 28, quoting *Ohio Contract Carriers Assn., Inc. v. Pub. Util. Comm.*, 140 Ohio St. 160, 42 N.E.2d 758 (1942), syllabus. *Accord State ex rel. Gabriel v. Youngstown*, 75 Ohio St.3d 618, 665 N.E.2d 209 (1996). Appellees, the cross-appellants below, did not have standing to appeal the decision of the trial court. Accordingly, the portion of the court of appeals decision concerning the powers of the Division of Securities is vacated.

So ordered.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

—————————

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, Stephen P. Carney, Deputy Solicitor, and Cheryl R. Hawkinson and Dennis P. Smith Jr., Assistant Attorneys General, for appellant.

Taft, Stettinius & Hollister, L.L.P., Ralph W. Kohnen, and Eric Combs, for appellee Alice Jane Dillabaugh.

_____